# EXHIBIT B

**Personal Statement**
As technology advances in levels of sophistication, the responsibility as a skilled consultant to define the best suited multimedia systems becomes ever more satisfying. In providing these futures to our partners one takes great reward in helping others achieve their goals, just as I strive to surpass mine.

# ROBERT MATHEWS CTS-D
AUDIO VISUAL SYSTEMS INTEGRATION SPECIALIST
RJBMathews@gmail.com   770.653.1916

## EDUCATION
**BRUNEL UNIVERSITY** London, UK
Bachelor's of Science, Honors Program
*MAGNA CUM LAUDE*
Industrial Design           1998 - 2002

**POLITECNICO DI MILANO**, Italy
Designo Industriale,
*CORSI DI LAUREA*
Facoltà Di Architettura,

## QUALIFICATIONS & HONORS
**Infocomm**
CTS-D:
Certified Technology Specialist-Design
**Crestron**
DMC-E:
DigitalMedia Certification - Engineer
Certified Commercial Systems Designer
**Cisco**
TelePresence Video Sales Engineer
DMS: Digital Media Suite
Tandberg Technical Engineer
**Biamp**
Audia Certified Designer / Programmer
Tesira Certified Designer / Programmer
**Symetrix**
DSP Certified Designer / Programmer
**Sound Advance**
Certified Designer / Installer
**Extron**
Certified Systems Designer
Emerging Technologist
**Blonder Tongue**
Analog/Digital RF Systems Engineer
**Polycom**
Infrastructure, Video, Soundstructure
AV Integration & Design, Voice
**Peavey**
Media Matrix

## COMPUTER EXPERTISE
| | |
|---|---|
| D-Tools | AutoCAD |
| Visio | VectorWorks |
| EASE | SMAART |
| MS Office | MS Project |
| Crestron | VidCAD |
| 3D Studio Max | SolidWorks |
| GRAPHICS | Photoshop |
| Quark | Adobe Suite |

## VERTICAL EXPERIENCE
- Entertainment
- Government
- Hospitality
- Healthcare
- Corporate
- Education
- Military
- Judicial

## PROFESSIONAL

**ONEPATH SYSYEMS**                    Atlanta, GA
**SR. SALES ENGINEER/SUBJECT MATTER EXPERT**   2009 - Present
Departmental management responsibilities as team lead include project coordination, process and policy development and implementation. Reporting on client consultation through programming phases with bespoke high-tech solutions, that resulted in large scale projects. Dynamic project developments to coincide with technological advances enhance client deliverables and profitability. Division head responsibly includes:
+ Approval and development of comprehensive engineering documentation
+ Project delegation and coordination of resources to manage deliverables
+ Implementation of an organized vision in a continuously changing environment
+ Lead staff to achieve and exceed the company's mission and goals
+ Millions of dollars of projects sold as 'the closer' of qualified leads
+ Development of sustainable design as STEP pilot project administrator
+ Technical report composition of multi-site infrastructure and systems
+ Project commissioning to industry standards and meeting design intent
+ Data Integration and low voltage coordination of security, structured wiring, fire systems

**TRILOGY TECHNOLOGIES**              Aspen, CO
**DESIGN DIRECTOR**                    2008 - 2009
Directing all aspects and employees responsible for developing the engineering department's detailed framework for design documentation processes and CAD such as proposal layout, icon symbols schematics & interconnection diagrams. Automated sales proposal and engineering database implementation dramatically improved efficiency. As Sales Engineer, qualifying and closing leads resulted in proven profit increases and improved efficiency. Accomplishments include:
+ Proven sales record for qualifying prospects and closing large projects
+ Acoustic modeling calculation for product specification, balanced with DSP equalization
+ Liaison with clients, architects, manufacturers, trades and technology developments
+ Time management development for prioritization of internal and external demands
+ Quality control of documentation and project execution
+ Automated proposal and design tools through D-Tools software implementation

**PARAGON TECHNOLOGY GROUP**          Aspen, CO
**PRESALES / DESIGN ENGINEER**         2007 - 2008
Consultation services with stake holders and program development through user needs analysis. Design, review and implementation of the latest in technology to ensure clients are informed of the latest solutions that best suit their needs.
+ Systems proposal design and completion for client presentation and sales close
+ Written reports of new industry releases in technology and systems
+ Rack elevation & schematic designs for management (heat/cabling/power)
+ Primary point of contact as project coordinator from client through to trades
+ Management of logistics and purchasing to timescale coordinated with client needs
+ Architectural design coordination and management

**MAVERICK INTEGRATION**              Boston, MA
**SYSTEMS DESIGN ENGINEER**            2005 - 2007
Focused design direction and management of custom electronics and automation projects. Development of bespoke CAD standards for development of audio visual projects. Project management to ensure the finished product exceeds client expectations.
+ Written product specification and engineering for systems integrator implementation
+ Architectural design library, developed to detail a repeatable range of solutions
+ In-depth distributed AV system architecture and infrastructure engineering design
+ Onsite project management of complex systems from survey to commissioning

**GIBSON INTEGRATION**                London, UK
**PROJECT DESIGN ENGINEER**            2003 - 2005
Responsibilities include project management, client liaison, new product development, team coordination, product innovation, sales engineering. New product development and manufacture. Graphic design for marketing, advertising and GUI increased the company profile and generated new leads. Trade show booth design and show participation.
+ Developing extensive designs through knowledge of audio, video and control systems
+ Technical resource for field technicians. Design intent coordination, execution verification
+ New product development for innovative control solutions

*Prior to 2003 Professional experience also includes IT, high voltage systems design management, graphic design.*